2002–0009.   Leisure v. State Farm Mut. Auto. Ins. Co.
Stark App. No. 2001CA00095, 2001-Ohio-1818. Reported at 94 Ohio St.3d 1506, 764 N.E.2d 1036. On

motion for reconsideration. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.